934

No. 74–5616.   LEYBA v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 74–5635.   POITRA v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 74–5638.   SCHMITZ v. UNITED STATES ET AL. C. A. 9th Cir.   Certiorari denied.

No. 74–5639.   FELAN v. DAGGETT, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 74–5643.   DORROUGH v. MULLIKIN.   C. A. 5th Cir.   Certiorari denied.

No. 74–5656.   MITCHELL v. OHIO.   Sup. Ct. Ohio. Certiorari denied.

No. 74–5690.   PILLIS v. JOHNSON.   Sup. Ct. Va.   Certiorari denied.

No. 74–5698.   REED v. JONES, SHERIFF, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 74–5700.   PHILLIPS ET AL. v. MONEY, DBA DAN MONEY'S STANDARD SERVICE CENTER.   C. A. 7th Cir. Certiorari denied.

No. 74–5702.   MATRA v. COURT OF APPEALS OF NEW YORK ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 74–5708.   PERKINS v. GUNN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 74–5712.   MUNOZ ET AL. v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 74–5717.   SMITH v. DARIN & ARMSTRONG CONSTRUCTION CO. ET AL.   C. A. 6th Cir.   Certiorari denied.